IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRENDA GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-CV-1117 |
| ) | |
| ) | |
| MARTIN O'MALLEY, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby **ORDERED AND ADJUDGED** that the defendant's motion to dismiss, Doc. 4, is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 2nd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE